United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 5, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41458
Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GERARDO JOSE GUTIERREZ, also known as polsIII

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-02-CR-769-1
---------------------

Before KING, Chief Judge, and JONES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Gerardo Jose Gutierrez appeals the sentence imposed following his guilty-plea conviction for receiving and distributing child pornography. He argues that the district court plainly erred by imposing a special condition of supervised release that prohibits him from possessing or accessing a computer or computer network outside of that specifically required for work or school, and by prohibiting him from accessing or using the Internet.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gutierrez has not shown that the district court plainly erred by imposing such a condition.  See <u>United States v. Paul</u>, 274 F.3d 155, 170 (5th Cir. 2001); <u>United States v. Calverley</u>, 37 F.3d 160, 162-64 (5th Cir. 1994) (en banc).  Accordingly, the judgment is AFFIRMED.